The Law Offices of JUDITH S. LELAND
A Professional Law Corporation
8345 E. Firestone Blvd., Suite 300
Downey, CA 90241
(562) 904-6955 (562) 904-6965 Fax
JOSEPHINE E. HWANG (State Bar No: 195774)
E-mail: tracey@disabilitylawfirm.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRENDA MEDINA, ) | CIVIL NO. CV 05-03796 CW |
| Plaintiff, ) | |
| ) | ORDER AWARDING EQUAL |
| v. ) | ACCESS TO JUSTICE ACT |
| ) | ATTORNEY FEES PURSUANT TO |
| MICHAEL J. ASTRUE, ) | 28 U.S.C. § 2412(d) |
| Commissioner of Social Security, ) | |
| Defendant. ) | |
| _____ ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of Three Thousand dollars ($3,000.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: _Dec. 19, 2008        _____/S/_____
                              CARLA M. WOEHRLE
                              UNITED STATES MAGISTRATE JUDGE